371

No. 63440.—M. H. Greenebaum, Inc., and Rietmann Pilcer Co. et al. *v.* United States, protests 317137–K, etc. (New York).

Opinion by Johnson, J.  In accordance with stipulation of counsel that the merchandise and issues are the same in all material respects as those the subject of Abstract 60346, the merchandise was held dutiable at 3¼ cents per pound under paragraph 703, Tariff Act of 1930, upon the basis of the weight of the contents of the tins, less an allowance for gelatinous substance equal to 20 percent of the contents of each tin.

No. 63441.—F. E. Macartney *v.* United States, protests 170280–K and 170248–K (Duluth).

Opinion by Donlon, J.  In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *United States* v. *J. H. Brown et al.* (46 C.C.P.A. 1, C.A.D. 686), the claim of the plaintiff was sustained.

No. 63442.—Walker Services & Co. et al. *v.* United States, protests 272604–K, etc. (Boston).

Opinion by Richardson, J.  In accordance with oral stipulation of counsel that the merchandise is the same in all material respects as that involved in *Dalton Cooper, Inc., et al.* v. *United States* (41 Cust. Ct. 271, C.D. 2051), the claim of the plaintiffs was sustained.

Donlon, J., dissented for the reasons set forth in her dissenting opinion in C.D. 2051, *supra.*